HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL DAVIS,

    Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY; LINDA HOFFMAN, in her individual and official capacity; GORDON WHITE, in his individual and official capacity; GAIL BLOMSTROM, in her individual and official capacity; JOY ST. GERMAIN, in her individual and official capacity; and TOM FITZSIMMONS, in his individual and official capacity,

    Defendants.

Case No. C04-5509RBL

ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT FOR DAMAGES AND FOR ADDITIONAL TIME FOR DISCOVERY

THIS MATTER came before the Court on Plaintiff's Motion to Amend the Complaint for Damages and for Additional Time for Discovery [Dkt. #125]. The Court having considered the pleadings submitted orders as follows:

Plaintiff's motion to amend the complaint [Dkt. #125] is **GRANTED**. Plaintiff shall electronically file the Amended Complaint within five (5) days of entry of this Order. Dispositive motions cutoff date is February 25, 2008. The defendants shall file their motion pursuant to *Ledbetter v. Goodyear Tire & Rubber Co.*, 127 S. Ct. 2162 (2007) on or before December 17, 2007.

1 | Plaintiff's motion to strike defendants' objection is **DENIED**.

2 | **IT IS SO ORDERED.**

3 | Dated this 19th day of November, 2007.

*[Signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page - 2