UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF ECOLOGY; LINDA HOFFMAN, in her individual and official capacity; GORDON WHITE, in his individual and official capacity; GAIL BLOMSTROM, in her individual and official capacity; JOY ST. GERMAIN, in her individual and official capacity; and TOM FITZSIMMONS, in his individual and official capacity,<br><br>　　　　　Defendants. | CASE NO. C04-5509BHS<br><br>ORDER ON CR 37 JOINT SUBMISSION REGARDING PRODUCTION OF EMPLOYMENT RECORDS |

　　This matter comes before the Court on the parties' CR 37 Joint Submission Regarding Production of Employment Records (Dkt. 145). The Court has considered the parties' joint submission and the remainder of the file and hereby orders the production of Defendants' employment records, subject to the Stipulated Protective Order entered on May 18, 2005 (Dkt. 34) , for the reasons stated herein.

　　The Court finds that Plaintiff's Request for Production Nos. 6 and 7 and Interrogatory No. 6 (See Dkt. 145 at 3-4) are reasonably calculated to lead to the discovery of admissible evidence pursuant to Fed. R. Civ. P. 26(b). Any information responsive to Plaintiff's requests and interrogatory in the possession and control of Defendants should be produced to Plaintiff. The Court further finds that the safeguards

ORDER – 1

present in the Court's previously entered Stipulated Protective Order (Dkt. 34) are sufficient to protect the confidential, personal, or private information of state employees that may be contained in the requested information and documents.

Therefore, it is hereby

**ORDERED** that Defendants shall produce the information and documents responsive to Plaintiff's Request for Production Nos. 6 and 7 and Plaintiff's Interrogatory No. 6. Plaintiff's request to compel the production of this information (Dkt. 145) is hereby **GRANTED.** The information requested shall be subject to the Stipulated Protective Order (Dkt. 34) entered on May 18, 2005.

DATED this 13th day of February, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2